IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04759-RTG

JESUS ANDRES GUTIERREZ MONCADA,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
DENVER FIELD OFFICE DIRECTOR, U.S. Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States,

Respondents.

---

**ORDER OF DISMISSAL**

---

Petitioner Jesus Andres Gutierrez Moncada initiated this action while a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On September 25, 2026, Petitioner filed *pro se* a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and paid the required filing fee. (ECF No. 1). Accordingly, this habeas corpus action was opened.

On September 28, 2026, the Court ordered Petitioner to cure certain filing deficiencies. (ECF No. 3). Specifically, Petitioner was directed to file a pleading on a court-approved form. (*Id.* at 2-3); *see also* D.C.COLO.LCivR 5.1(c) (requiring unrepresented parties to use the forms posted on the court's website). The Court gave Petitioner 30 days to comply and warned that failure to cure the defects would result in

the dismissal of this action without further notice. (*Id.*).

Petitioner has not cured the filing deficiencies within the time allowed or otherwise communicated with the Court in any manner—and the time to do so has passed. (*See* docket). Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Petitioner must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 9th day of November, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court